Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** : MODIFIED ORDER<br><br>[Civil L.R. 6-1(b), 6-2, 7-12]<br><br>Current Opposition Date: Oct. 14, 2026<br>New Opposition Date: Oct. 28, 2026<br><br>Current Reply Date: Oct. 21, 2026<br>New Reply Date: Nov. 11, 2026<br><br>Hearing Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |

By and through their respective undersigned counsel, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and Paragraph I.B.7 of the Court's General Standing Order for Civil and Criminal Cases, Plaintiffs Aidan Aarons and Sean Pollard, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant NextRoll, Inc. ("Defendant," collectively with Plaintiffs, the "Parties"), hereby stipulate and jointly request an order modifying the briefing schedule on Defendant's

Motion to Dismiss as follows:

WHEREAS, on June 10, 2026, Plaintiffs initiated this action against Defendant in the Superior Court of California for the County of San Francisco, captioned *Aidan Aarons, et al. v. NextRoll, Inc.*, Case Number CGC-26-637769, and on August 19, 2026, Defendant removed the action to this Court (ECF No. 1);

WHEREAS, on August 26, 2026, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendant's time to respond to the Complaint from August 26, 2026 to September 30, 2026 (ECF No. 7);

WHEREAS, on September 9, 2026, this action was reassigned to the Honorable Charles R. Breyer (ECF No. 12);

WHEREAS, on September 30, 2026, Defendant filed its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15) and an accompanying Request for Judicial Notice (ECF No. 16) (collectively, the "Motion"), and noticed the Motion for hearing on November 20, 2026 at 10:00 a.m.;

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' opposition to the Motion is currently due on October 14, 2026, and Defendant's reply is currently due on October 21, 2026;

WHEREAS, the Motion seeks dismissal of each of Plaintiffs' eight causes of action on multiple independent grounds and is supported by a 43-page Request for Judicial Notice, including four exhibits of legislative history;

WHEREAS, Given the breadth of issues raised and length of associated briefing, Plaintiffs' counsel requires additional time beyond the fourteen days provided by Civil Local Rule 7-3(a) to adequately research and brief the numerous arguments Defendant raises in support of dismissal;

WHEREAS, For the same reasons, Defendants require an extension of time beyond the seven days provided by Civil Local Rule 7-3(c) to prepare and file their reply in support of the Motion;

WHEREAS, Plaintiffs therefore requested, and Defendant agreed to, a two-week extension of Plaintiffs' deadline to oppose the Motion, together with a three-week extension of Defendant's deadline to reply, as set forth more fully in the accompanying Declaration of Matthew W. Ruan;

WHEREAS, this is the Parties' first request to modify the briefing schedule on the Motion, and the only prior time modification in this action is the stipulated extension of Defendant's time to respond to the Complaint (ECF No. 7);

WHEREAS, the requested modification will not alter the November 20, 2026 hearing date on the Motion, and this Stipulation is being filed more than fourteen days before the hearing in accordance with Civil Local Rule 6-1(b);

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, that: (1) Plaintiffs' deadline to file and serve their opposition to the Motion is extended from October 14, 2026 to October 28, 2026; (2) Defendant's deadline to file and serve its reply in support of the Motion is extended from October 21, 2026 to November 12, 2026; and (3) the hearing on the Motion shall remain on calendar for November 20, 2026 at 10:00 a.m. in Courtroom 6, 17th Floor, before the Honorable Charles R. Breyer.

IT IS SO STIPULATED.

Dated: October 7, 2026 JUSTICE JAGHER LONDON & MILLEN LLC

By: */s/ Matthew W. Ruan*
Matthew W. Ruan
Nicholas R. Lange (pro hac vice)
Attorneys for Plaintiffs and the Putative Class

Dated: October 7, 2026

COZEN O'CONNOR

By: */s/ Matthew E. Lewitz*
Matthew E. Lewitz
Madeline J. Suchard
Attorneys for Defendant NextRoll, Inc.

**ATTESTATION PER N.D. CAL. CIVIL L.R. 5-1(i)(3)**

I, Matthew W. Ruan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2026

*/s/ Matthew W. Ruan*
Matthew W. Ruan

Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**DECLARATION OF MATTHEW W. RUAN IN SUPPORT OF JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Civil L.R. 6-2(a)]<br><br>Hearing Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |

I, Matthew W. Ruan, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and I am a partner of Justice Jagher London & Millen LLC, counsel of record for Plaintiffs Aidan Aarons and Sean Pollard ("Plaintiffs") in this action. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Joint Stipulation to Modify Briefing Schedule on Defendant's Motion to Dismiss. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On September 30, 2026, Defendant NextRoll, Inc. ("Defendant") filed its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15) and an accompanying Request for Judicial Notice (ECF No. 16) (collectively, the "Motion"), noticed for hearing on November 20, 2026 at 10:00 a.m. Pursuant to Civil Local Rule 7-3, Plaintiffs' opposition to the Motion is currently due on October 14, 2026, and Defendant's reply is currently due on October 21, 2026.

3. The Motion seeks dismissal of Plaintiffs' Complaint in its entirety and challenges each of Plaintiffs' eight causes of action on multiple independent grounds, including Plaintiffs' claims under California Penal Code sections 631, 632, and 638.51, the California Comprehensive Computer Data Access and Fraud Act, the federal Wiretap Act, common law intrusion upon seclusion and the California constitutional right to privacy, and the Unfair Competition Law. The Motion is accompanied by a 43-page Request for Judicial Notice, which includes four exhibits of legislative history, that Plaintiffs must also review and address.

4. Given the breadth of the issues raised and the length of the associated briefing, the fourteen days provided by Civil Local Rule 7-3(a) are insufficient for Plaintiffs' counsel to research each argument Defendant raises in support of dismissal and prepare a comprehensive opposition. For the same reasons, Defendants require an extension of time beyond the seven days provided by Civil Local Rule 7-3(c) to prepare and file their reply in support of the Motion. Plaintiffs therefore requested a two-week extension of their opposition deadline, to October 28, 2026, and Defendant agreed to that request. The Parties further agreed to extend Defendant's reply deadline three weeks, to November 12, 2026.

4. There has been one prior time modification in this action: on August 26, 2026, the Parties stipulated, pursuant to Civil Local Rule 6-1(a) and without a Court order, to extend Defendant's time to respond to the Complaint from August 26, 2026

to September 30, 2026 (ECF No. 7).[1] No other time modifications have been requested or ordered in this action, and this is the Parties' first request to modify the briefing schedule on the Motion.

5. The requested modification will not alter the November 20, 2026 hearing date on the Motion. No trial date or other case-wide deadlines have been set.

6. Counsel for Defendant has reviewed the Stipulation and has authorized me to file it on Defendant's behalf with Defendant's counsel's electronic signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2026, at Lincolnshire, Illinois.

*/s/ Matthew W. Ruan*
Matthew W. Ruan

[1] In addition, following the reassignment of this action to the Honorable Charles R. Breyer on September 9, 2026 (ECF No. 12), the Clerk reset the Initial Case Management Conference from November 17, 2026 to November 20, 2026 at 8:30 a.m., with the Joint Case Management Statement due November 13, 2026 (ECF No. 13).

Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor |

Having considered the Parties' Stipulation to Modify Briefing Schedule on Defendant's Motion to Dismiss and the accompanying Declaration of Matthew W. Ruan, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs' deadline to file and serve their opposition to Defendant's Motion to Dismiss (ECF No. 15) is extended to October 28, 2026;

2. Defendant's deadline to file and serve its reply in support of the Motion to Dismiss is extended to November 12, 2026; and

3. The hearing on the Motion to Dismiss ~~remains on calendar for November~~ set for December 4, 2026 at 10:00 a.m. by video conference.

20, 2026 at 10:00 a.m. video conference (Zoom) ~~in Courtroom 6, 17th Floor~~.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 8, 2026

HON. CHARLES R. BREYER
United States District Judge