Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice forthcoming)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**JOINT STIPULATION TO PERMIT PLAINTIFFS TO FILE AN AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A)(2) AND TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS PURSUANT TO CIV. L.R. 6-1(B)** : ORDER<br><br>[Fed. R. Civ. P. 15(a)(2); Civ. L.R. 6-1, 6-2, 7-12]<br><br>Plaintiffs' Prior Amendment Deadline: Oct. 21, 2026<br>Plaintiffs' New Amendment Deadline: Nov. 4, 2026<br>Current Hearing Date: Dec. 4, 2026 at 10:00 a.m.<br>New Hearing Date: Jan. 22, 2027 |

By and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), Civil Local Rules 6-1, 6-2, and 7-12, and Paragraph I.B.7 of the Court's General Standing Order for Civil and Criminal Cases, Plaintiffs Aidan Aarons and Sean Pollard, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant NextRoll, Inc. ("Defendant," collectively with Plaintiffs, the "Parties"), hereby stipulate that Plaintiffs may file an amended complaint and jointly request an order vacating the pending briefing schedule on Defendant's motion to dismiss Plaintiffs' complaint and setting a briefing schedule for Defendant's anticipated motion to dismiss Plaintiffs' forthcoming amended complaint. In support thereof, the Parties state as follows:

WHEREAS, on June 10, 2026, Plaintiffs initiated this action against Defendant in the Superior Court of California for the County of San Francisco, captioned *Aidan Aarons, et al. v. NextRoll, Inc.*, Case Number CGC-26-637769, and on August 19, 2026, Defendant removed the action to this Court (ECF No. 1);

WHEREAS, on August 26, 2026, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendant's time to respond to the Complaint from August 26, 2026 to September 30, 2026 (ECF No. 7);

WHEREAS, on September 30, 2026, Defendant filed its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15) and an accompanying Request for Judicial Notice (ECF No. 16) (collectively, the "Motion"), and noticed the Motion for hearing on November 20, 2026 at 10:00 a.m.;

WHEREAS, on October 7, 2026, the Parties filed a stipulation pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, modifying the briefing schedule for the Motion (ECF No. 17);

WHEREAS, on October 8, 2026, the Court granted the Parties' stipulation, pursuant to which Plaintiffs' deadline to file and serve their opposition to the Motion is currently October 28, 2026, Defendant's deadline to file and serve its reply in

support of the Motion is currently November 12, 2026, and the Motion is set for hearing on December 4, 2026 (ECF No. 18);

WHEREAS, shortly thereafter, two new firms joined as counsel for Plaintiffs in this matter;

WHEREAS, pursuant to discussions amongst Plaintiffs' counsel, Plaintiffs anticipate amending their Complaint to address several issues raised in Defendant's Motion;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs' deadline to amend their Complaint as a matter of course was October 21, 2026;

WHEREAS, Plaintiffs' newly retained counsel require additional time to adequately research and familiarize themselves with the complex factual and legal questions at issue in this matter;

WHEREAS, Plaintiffs therefore requested, and Defendant consented in writing pursuant to Fed. R. Civ. P. 15(a)(2), to a two-week extension of Plaintiffs' deadline to amend their Complaint as a matter of course, up to and including November 4, 2026;

WHEREAS, Plaintiffs' forthcoming amended complaint will render the Parties' opposition and reply deadlines for the Motion, and the Motion hearing set for December 4, 2026, moot;

WHEREAS, Defendant anticipates filing a renewed motion to dismiss Plaintiffs' forthcoming amended complaint;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3) and the Parties' agreed upon deadline for Plaintiffs' forthcoming amended complaint, Defendant's deadline for its anticipated motion to dismiss Plaintiffs' amended complaint would be November 18, 2026;

WHEREAS, in order to allow Defendant to adequately review and respond to Plaintiffs' forthcoming amended complaint, the Parties agreed to a six-day extension

of Defendant's deadline to file its anticipated motion to dismiss, up to and including November 24, 2026;

WHEREAS, Civil Local Rule 7-3(a) only affords Plaintiffs fourteen days to oppose Defendant's forthcoming motion to dismiss the amended complaint, and Civil Local Rule 7-3(c) only affords Defendant seven days to file its reply;

WHEREAS, in order to allow the Parties to adequately review and respond to the forthcoming motion to dismiss the amended complaint, and the opposition brief thereto, the Parties each require approximately two additional weeks to adequately research and responds to the numerous anticipated arguments that will be raised in the forthcoming motion to dismiss the amended complaint;

WHEREAS, these extensions are sought for good cause and in the interests of conserving judicial and party resources;

WHEREAS, the Parties previously stipulated to (1) extend Defendant's time to respond to the Complaint, and (2) modify the briefing schedule for Defendant's pending Motion, as detailed above;

WHEREAS, this Stipulation is being filed more than fourteen days before the Motion hearing set for December 4, 2026, in accordance with Civil Local Rule 6-1(b);

NOW, THEREFORE, the Parties stipulate and agree, pursuant to Fed. R. Civ. P. 15(a)(2), that Plaintiffs may file and serve their amended complaint as a matter of course up to and including November 4, 2026, and further stipulate and agree, subject to the Court's approval, that: (1) Defendant's deadline to file its motion to dismiss Plaintiffs' amended complaint is extended from November 18, 2026 to November 24, 2026; (2) Plaintiffs shall file their opposition to Defendant's forthcoming motion to dismiss by December 23, 2026; and (3) Defendant shall file its reply in support thereof on or before January 13, 2027. Additionally, the Parties respectfully request that the Court vacate the Parties' existing opposition and reply deadlines for the Motion, and the Motion hearing set for December 4, 2026, as moot, with Defendant to notice its

forthcoming motion to dismiss for hearing on January 22, 2027 at 10:00 a.m., or the Court's first available date thereafter.

IT IS SO STIPULATED.

Dated: October 27, 2026 JUSTICE JAGHER LONDON & MILLEN LLC

By: */s/ Matthew W. Ruan*
Matthew W. Ruan
Nicholas R. Lange (pro hac vice forthcoming)
Attorneys for Plaintiffs and the Putative Class

Dated: October 27, 2026 COZEN O'CONNOR

By: */s/ Matthew E. Lewitz*
Matthew E. Lewitz
Madeline J. Suchard
Attorneys for Defendant NextRoll, Inc.

**ATTESTATION PER N.D. CAL. CIVIL L.R. 5-1(i)(3)**

I, Matthew W. Ruan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 27, 2026 */s/ Matthew W. Ruan*
Matthew W. Ruan

Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice forthcoming)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**DECLARATION OF MATTHEW W. RUAN IN SUPPORT OF JOINT STIPULATION TO PERMIT PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS**<br><br>[Civ. L.R. 6-2(a)] |

I, Matthew W. Ruan, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and I am a partner of Justice Jagher London & Millen LLC, counsel of record for Plaintiffs Aidan Aarons and Sean Pollard ("Plaintiffs") in this action. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Joint Stipulation to Permit Plaintiffs to File an Amended Complaint and to Set Briefing Schedule for Defendant's Anticipated Motion to Dismiss (the "Stipulation"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On September 30, 2026, Defendant NextRoll, Inc. ("Defendant") filed its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15) and an accompanying Request for Judicial Notice (ECF No. 16) (collectively, the "Motion").

3. On October 8, 2026, pursuant to the Parties' joint stipulation to modify the briefing schedule for the Motion (ECF No. 17), the Court extended Plaintiffs' deadline to file and serve their opposition to the Motion to October 28, 2026, Defendant's deadline to file and serve its reply in support of the Motion to November 12, 2026, and set the Motion for hearing on December 4, 2026 (ECF No. 18).

4. Shortly thereafter, two new firms joined as counsel for Plaintiffs in this matter.

5. Pursuant to discussions amongst Plaintiffs' counsel, Plaintiffs anticipate amending their Complaint to address several issues raised in Defendant's Motion. Additionally, Plaintiffs' new counsel require additional time to familiarize themselves with the complex factual and legal questions at issue in this matter.

6. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs' deadline to amend their Complaint as a matter of course was October 21, 2026.

7. To allow Plaintiffs' initial and new counsel to adequately research and assess the scope of anticipated amendments, and to conserve judicial and party resources, Plaintiffs requested a two-week extension of Plaintiffs' deadline to amend their Complaint, up to and including November 4, 2026, and Defendant consented in writing to that request pursuant to Fed. R. Civ. P. 15(a)(2). Additionally, to allow Defendant to adequately review and respond to Plaintiffs' forthcoming amended complaint, the Parties agreed to extend Defendant's deadline to file a renewed motion to dismiss Plaintiffs' forthcoming amended complaint from November 18, 2026 to November 24, 2026. Because Civil Local Rule 7-3 affords only fourteen days to oppose a motion and seven days to reply, and because Defendant's renewed motion is expected to raise numerous arguments, the Parties further agreed that Plaintiffs shall file and serve their opposition to the renewed motion on or before December 23, 2026,

that Defendant shall file and serve its reply on or before January 13, 2027, and that Defendant will notice the renewed motion for hearing on January 22, 2027 at 10:00 a.m., or the Court's first available date thereafter.

8. There have been two prior time modifications in this action: on August 26, 2026, the Parties stipulated, pursuant to Civil Local Rule 6-1(a) and without a Court order, to extend Defendant's time to respond to the Complaint from August 26, 2026 to September 30, 2026 (ECF No. 7). Additionally, as described above, on October 7, 2026, the Parties stipulated to a modified briefing schedule for Defendant's Motion, which the Court subsequently granted (ECF Nos. 17-18).

9. Plaintiffs' forthcoming amended complaint will render the Parties' opposition and reply deadlines for the Motion, and the Motion hearing set for December 4, 2026, moot. No trial date or other case-wide deadlines have been set.

10. Counsel for Defendant has reviewed the Stipulation and has authorized me to file it on Defendant's behalf with Defendant's counsel's electronic signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026, at Lincolnshire, Illinois.

*/s/ Matthew W. Ruan*
Matthew W. Ruan

Matthew W. Ruan (SBN 264409)
mruan@jjlmlaw.com
Nicholas R. Lange (pro hac vice forthcoming)
nlange@jjlmlaw.com
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDAN AARONS and SEAN POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTROLL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:26-cv-08661-CRB<br><br>[Assigned to Hon. Charles R. Breyer]<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO PERMIT PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS** |

Having considered the Parties' Joint Stipulation to Permit Plaintiffs to File an Amended Complaint and to Set Briefing Schedule for Defendant's Anticipated Motion to Dismiss and the accompanying Declaration of Matthew W. Ruan, and good cause appearing, the Court ORDERS as follows:

1. Plaintiffs may file and serve their amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) up to and including November 4, 2026;

2. Defendant's deadline to file and serve its motion to dismiss Plaintiffs' amended complaint is extended from November 18, 2026 to November 24, 2026;

3. The Parties' respective opposition and reply deadlines for Defendant's

pending Motion to Dismiss (ECF No. 15) and accompanying Request for Judicial Notice (ECF No. 16) (collectively, the "Motion"), and the Motion hearing set for December 4, 2026, are vacated as moot;

4. Plaintiffs shall file and serve their opposition to Defendant's motion to dismiss the amended complaint on or before December 23, 2026, and Defendant shall file and serve its reply in support thereof on or before January 13, 2027; and

5. Defendant shall notice its motion to dismiss the amended complaint for hearing on January 22, 2027 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2026

HON. CHARLES R. BREYER
United States District Judge